JOHN PEREWOZNIK, Respondent, v. OSWALD F. COOTE, Appellant.— Action to recover damages for personal injuries. Plaintiff was riding as an invitee in defendant's car when the front wheels of the car locked because of a defective

kingpin and bushings, causing it to overturn. Judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.